NICHOLS, J.—On the statement of parties that the records in this case and in the case of *Nicholson, Auditor,* v. *Chamberlain* (1927), *ante* 615, are substantially alike as to pleadings, evidence and rulings, and on their statement that the decisions should be the same, this cause is reversed on the authority of the Chamberlain case.

Dausman, J., absent.

---

## WILLIAMSON HEATER COMPANY *v.* LAKE COUNTY PRINTING AND PUBLISHING COMPANY.

[No. 12,604. Filed February 24, 1927.]

From Lake Superior Court; *Maurice E. Crites,* Judge.

Action between the Williamson Heater Company and the Lake County Printing and Publishing Company. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*John A. Gleason,* for appellant.
*D. J. Moran,* for appellee.

PER CURIAM.—Affirmed.
Dausman, J., absent.

---

## TRUST AND SAVINGS BANK OF RENSSELAER *v.* BRUSNAHAN, RECEIVER, ET AL.

[No. 12,620. Filed February 24, 1927.]

From Newton Circuit Court; *H. L. Sammons,* Special Judge.

Action between the Trust and Savings Bank of Rensselaer and Steve Brusnahan, receiver, and others. From the judgment rendered, the former appeals. *Affirmed.* By the court in banc.

*John A. Dunlap,* for appellant.
*Hanley & Hanley,* for appellees.

PER CURIAM.—Affirmed.
Dausman, J., absent.